LEON V. O'REILLY, Respondent, *v.* PENNSYLVANIA TEXTILE MILLS, INC., Appellant.

(Submitted April 29, 1929; decided May 3, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 250 N. Y. 597.)